**Registration Number**
# PA 2-484-903
**Effective Date of Registration:**
June 27, 2024
**Registration Decision Date:**
August 15, 2024

## Title

**Title of Work:** GAY USA November 22, 2022 including interview with Rep. Nancy Pelosi at the 1987 March on Washington for Lesbian and Gay Rights

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 22, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Andy Humm
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** Ann Northrop
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Andy Humm
c/o Nicholas Penkovsky, Esq., 43 West 43rd St, Ste 16, New York, NY, 10036, United States

**Copyright Claimant:** Ann Northrop
c/o Nicholas Penkovsky, Esq., 43 West 43rd St., Ste. 16, New York, NY, 10036, United States

## Limitation of copyright claim

|  |  |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music |
| **New material included in claim:** | all other cinematographic material, additional new footage, production as a motion picture, revisions/additions to script, Dialog |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | The Penkovsky Law Firm, P.C. |
| **Name:** | Nicholas A. Penkovsky, Esq. |
| **Email:** | n.penkovsky.legal@gmail.com |
| **Telephone:** | (646)342-7069 |
| **Address:** | 43 West 43rd Street<br>Ste. 16<br>New York, NY 10036 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Nicholas A. Penkovsky |
| **Date**: | June 18, 2024 |
| **Applicant's Tracking Number**: | GU1-001 CR B |