**Registration Number**

# PA 2-497-525

**Effective Date of Registration:**
June 18, 2024
**Registration Decision Date:**
October 31, 2024

## Title

    **Title of Work:** Andy Humm interviews U.S. Representative Nancy Pelosi at the Second National March on Washington for Lesbian and Gay Rights, Washington, D.C. - October 11, 1987

## Completion/Publication

    **Year of Completion:** 1987
    **Date of 1st Publication:** October 15, 1987
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Andy Humm
    **Author Created:** entire motion picture
    **Work made for hire:** No
    **Citizen of:** United States
    **Domiciled in:** United States
    **Year Born:** 1953

## Copyright Claimant

    **Copyright Claimant:** Andy Humm
    c/o Penkovsky Law, 43 West 43rd St. #16, New York, NY, 10036, United States

## Rights and Permissions

    **Organization Name:** The Penkovsky Law Firm, P.C.
    **Name:** Nicholas A. Penkovsky, Esq.
    **Email:** n.penkovsky.legal@gmail.com
    **Telephone:** (646)342-7069
    **Address:** 43 West 43rd Street

Ste. 16
New York, NY 10036 United States

## Certification

**Name:** Nicholas Penkovsky
**Date**: June 18, 2024
**Applicant's Tracking Number**: GU1-001 CRA

**Correspondence:** Yes