THE PENKOVSKY LAW FIRM, P.C.

| | 43 WEST 43RD STREET | |
| --- | --- | --- |
| NICHOLAS ALEXANDER PENKOVSKY | SUITE 16 NEW YORK, NEW YORK 10036 | COPYRIGHT, TRADEMARK, MEDIA AND ENTERTAINMENT LAW |
| ADMITTED IN NEW YORK STATE | TELEPHONE (646) 342-7069 | |
| UNITED STATES DISTRICT COURTS: SOUTHERN AND EASTERN DISTRICTS OF NEW YORK | FACSIMILE (347) 649-9272 WWW.PENKOVSKY-LAW.COM E-MAIL: N.Penkovsky.Legal @Gmail.com | BUSINESS, COMMERCIAL, ADMINISTRATIVE AND LABOR LAW GENERAL CIVIL LITIGATION AND APPEALS IN ALL NEW YORK STATE COURTS |

December 22, 2025

By Electronic Case Filing

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

  Re: *Humm, et al. v. MSNBC Cable, LLC, et al.,* No. 25-cv-9697 (AS)

Dear Judge Subramian:

  I represent plaintiffs Andy Humm and Ann Northrop individually, and d/b/a GAY USA. I write with respect to Thomas B. Sullivan's December 19, 2025 letter to you (Document 22, "LETTER MOTION for Extension of Time to File Answer re: [1] Complaint,,," hereafter "Doc. #) requesting a correction of the date to respond to plaintiffs' Complaint (Docs. ## 1, 2, 3).

  Subject to the Court's approval, Plaintiffs do not object to the extension of time Mr. Sullivan requested on behalf of his current clients named as defendants in this lawsuit.

  Mr. Sullivan and I have been in contact with each other by email. On December 19, 2025 I responded to him by email requesting that we speak by telephone on Monday, December 22, 2025 to allow for my then current court appearance schedule. I also acknowledged to him that I knew the actual date that a response was due. Unfortunately, when filing the Affirmations of Service (Docs. ## 13 - 20, inclusive), the ECF system defaulted to December 22, 2025 notwithstanding the ECF entry of service by "MAIL."

  On December 2, 2025, by the United States Postal Service in New York, New York, plaintiffs utilized Fed. R. Civ. P. 4(d) and served all defendants with true and exact copies of the (1) Complaint with Exhibits; (2) Notice of a Lawsuit and Request to Waive Service of a Summons; (3) Two Copies of the Waiver of the Service of Summons; (4) Civil Cover Sheet; (5) Individual Practices in Civil Cases, Arun Subramanian, United States District Judge; (6) Individual Practices in Civil Cases, Robyn F. Tarnofsky, United States Magistrate Judge; (7) S.D.N.Y. Electronic Case Filing Rules; Instructions; (8) Scheduling Order; and (9) a self-addressed stamped envelope.

Hon. Arun Subramanian, U.S.D.J.
December 22, 2025
Page 2
Re: *Humm, et al. v. MSNBC Cable, LLC, et al.,* No. 25-cv-9697 (AS)

      I have received Executed Waivers from named defendants MSNBC Cable, LLC, NBCUniversal Media, LLC, Comcast Corporation, and Versant Media, LLC. The Notice of Lawsuit served with the Waivers stated that the served defendant was allowed 40 days to respond to plaintiffs' Complaint. By email from Yahoo, Inc.'s General Counsel, I was informed that Yahoo, Inc. was still considering whether to waive service of a summons.

      I apologize for any inconvenience imposed upon the Court arising from counsel for the parties inability to resolve this matter between themselves.

      Respectfully submitted,

      /s/ Nicholas A. Penkovsky

      Nicholas A. Penkovsky

cc: All appearing counsel [By ECF]