# Ballard Spahr
LLP

————————————————————

1675 Broadway, 19th Floor
New York, NY 10019-5820

TEL 212.223.0200

FAX 212.223.1942

www.ballardspahr.com

Thomas Sullivan
Tel: 212.850.6139
Fax: 212 223.1942
sullivant@ballardspahr.com

February 2, 2026

*By Electronic Filing*

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:     *Humm v. MSNBC Cable, LLC et al.*, No. 25 Civ. 9697 (AS) (S.D.N.Y.)

Dear Judge Subramanian:

We represent Defendants MSNBC Cable, LLC, NBCUniversal Media LLC, Comcast
Corporation, Versant Media, LLC, Jonathan Capehart, Verizon Communications Inc., and
Yahoo, Inc. (the "Ballard Spahr Defendants") in the above-captioned matter. With the
consent of their counsel, we write on behalf of all parties to jointly respectfully request (1)
an adjournment of the initial pretrial conference and (2) the setting of a briefing schedule on
defendants' motions to dismiss, which will be filed later today.

The initial pretrial conference is currently scheduled for February 10, 2026 at 4:00 pm, with
the parties' joint letter and proposed case management plan due on February 4, 2026.  The
parties respectfully request that this conference be adjourned to the week of May 11, 2026,
with the joint letter and proposed case management plan due the prior week.  Defendants
anticipate requesting a stay of discovery in its entirety while the motions to dismiss are
pending.  The requested adjournment will allow that stay request to be made after the
motions to dismiss are fully briefed under the schedule outlined below, allowing them to be
assessed by the Court and Plaintiffs in connection with that request.  The parties have not
previously sought an adjournment of this conference.  All parties consent to this
adjournment.  The February 10, 2026 conference is the parties' next scheduled appearance
before this Court.

Defendants intend to file two motions to dismiss today, one on behalf of the Ballard Spahr
Defendants and one on behalf of Defendant Apollo Global Management, Inc.  If the Court
agrees to adjourn the initial conference, the parties would jointly respectfully request the
following briefing schedule for the two motions:

(1) Plaintiffs' opposition briefs shall be due March 30, 2026.

Hon. Arun Subramanian
February 2, 2026
Page 2


    (2) Defendants' replies shall be due April 24, 2026.

The parties request this schedule to allow Plaintiffs time to respond to the two motions, while also accommodating counsel's travel schedules during the Spring Break period.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Thomas B. Sullivan*

Thomas B. Sullivan

cc:     All counsel of record

GRANTED. The remote initial pretrial conference is hereby adjourned to Thursday, May 14, 2026, at 4:00 PM, and the parties' proposed schedule is adopted. The same dial-in information applies.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 37.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 2, 2026